# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald Patterson

Plaintiff

v.

CCA a/k/a Corrections Corporation of America, et al.,

Defendants

Case No. Civil 01-259 DSD/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is dismissed without prejudice.

DATE: April 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk